# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3633

_____

Michael L. Burrage, Jr.

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: September 4, 2015
Filed: September 10, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Michael L. Burrage, Jr. appeals the district court's[1] order affirming the Commissioner's denial of disability insurance benefits and supplemental security income after his hearing before an Administrative Law Judge (ALJ). For reversal, Burrage argues that the ALJ erred in determining his residual functional capacity by improperly analyzing the medical evidence--specifically, relying on the opinion of a non-examining consultant rather than his treating doctors, disregarding evidence that there was no substance abuse, and failing to obtain additional evidence regarding his limitations--and by discounting his testimony and that of his lay witnesses without giving sufficiently specific reasons. Following careful review of the parties' submissions and the record before us, we conclude that substantial evidence in the record as a whole supports the ALJ's finding. See Perks v. Astrue, 687 F.3d 1086, 1091, 1093 (8th Cir. 2012) (standard of review). Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Noelle Collins, United States Magistrate Judge for the Eastern District of Missouri.